BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

**\*\* E-filed January 9, 2012 \*\***

1  BRYAN CAVE LLP
2  C. Scott Greene, California Bar No. 277445
3  Alison V. Lippa, California Bar No. 160807
4  Michelle M. Cammarata, California Bar No. 250258
5  Two Embarcadero Center, Suite 1410
6  San Francisco, CA 94111-3907
7  Telephone:  (415) 675-3400
8  Facsimile:  (415) 675-3434
9  E-Mail:  scott.greene@bryancave.com
10          lippaa@bryancave.com
11          cammaratam@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A, individually and as successor by merger to BAC HOME LOANS SERVICING, LP, EDRINA PAVEL, FEDERAL HOME LOAN MORTGAGE CORP., dba FREDDIE MAC

THE LAW OFFICE OF PATRICIA A. BOYES
Patricia A. Boyes, California Bar No. 244335
560 S. Winchester Blvd., Suite 500
San Jose, California 95128
Telephone: (408) 572-5665
Facsimile: (408) 572-5601
E-Mail: patricia@boyeslegal.com

Attorney for Plaintiff
OLGA URISTA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| OLGA URISTA, an individual, | Case No. 5:11-cv-03097-HRL |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORP., dba FREDDIE MAC, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, EDRINA PAVEL, CALCOUNTIES TITLE NATION and DOES 1-10, inclusive, | DATE ACTION FILED: JUNE 6, 2011<br>TRIAL DATE: NOT YET ASSIGNED |
| Freddie Mac. | |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1  TO THE COURT IN THE ABOVE ENTITLED ACTION:

2  Defendant FEDERAL HOME LOAN MORTGAGE CORP. dba FREDDIE MAC

3  ("Defendant") and Plaintiff OLGA URISTA ("Plaintiff"), through their counsel of record, hereby

4  enter into the following stipulation to set aside the entry of default and request that the Court

5  approve the stipulation and sign the order below.

6  WHEREAS, Plaintiff filed the First Amended Complaint on October 26, 2011;

7  

8  WHEREAS, Plaintiff served Defendant with the First Amended Complaint on November

9  3, 2011;

10  WHEREAS, Plaintiff filed the Declaration of Scott M. Soto and the Return of Service on

11  December 21, 2011;

12  WHEREAS, Plaintiff never served Freddie Mac with a Summons, in violation of Federal

13  Rules of Civil Procedure 4;

14  

15  WHEREAS, Plaintiff requested that the Court Clerk enter default against Defendant on

16  December 21, 2011;

17  WHEREAS, the Court Clerk entered default against Defendant on December 27, 2011;

18  WHEREAS, on January 3, 2012 the Court granted the Motion to Dismiss the First

19  Amended Complaint, filed by Bank of America, N.A., individually and as successor by merger to

20  BAC Home Loans Servicing, LP., Edrina Pavel, and CalCounties Title Nation. The Court

21  

22  dismissed Plaintiff's Truth in Lending Act (TILA), 15 U.S.C. §1601, et seq., without leave to

23  amend and dismissed the state claims, with leave to amend. Plaintiff was ordered to file a Second

24  Amended Complaint, within fourteen (14) days from the date of the January 3, 2012 Order;

25  WHEREAS, Plaintiff and Defendant have agreed to set aside the default entered against

26  Defendant;

27  

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

WHEREFORE, Plaintiff and Defendant stipulate as follows:

1. Plaintiff and Defendant agree and consent to set aside the entry of default against Defendant Federal Home Loan Mortgage Corp., dba Freddie Mac on December 27, 2011;

2. Plaintiff and Defendant agree and consent to allow Defendant's counsel of record to accept service of the Second Amended Complaint on Defendant's behalf;

3. Defendant will timely respond to the Second Amended Complaint.

Dated: January 5, 2012

THE LAW OFFICES OF PATRICIA A. BOYES

By: _____
Patricia A. Boyes
Attorney for Plaintiff
OLGA URISTA

Dated: January 5, 2012

BRYAN CAVE LLP

By: _____
Michelle M. Cammarata
Attorney for Defendant
FEDERAL HOME LOAN MORTGAGE CORP., dba FREDDIE MAC

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

## ORDER

Having reviewed the above stipulation of Defendant Federal Home Loan Mortgage Corp. dba Freddie Mac and Plaintiff Olga Urista and good cause appearing therefore, the entry of default against Defendant Federal Home Loan Mortgage Corp., dba Freddie Mac, on December 27, 2011, is hereby set aside.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE