QUALITY LOAN SERVICE CORPORATION
Julie O. Molteni (SBN: 265133)
Renee DeGolier (SBN: 262999)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone: (619) 645-7711 x 2019
Facsimile: (619) 568-3518

** E-filed May 1, 2012 **

Corporate Counsel for Defendant,
Quality Loan Service Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| OLGA URISTA, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE CORP. dba FREDDIE MAC, BANK OF AMERICA N.A., BAC HOME LOANS SERVICING, LP, EDRINA PAVEL, CALCOUNTIES TITLE NATION, PRLAP, INC., QUALITY LOAN SERVICE CORP., and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV11-03097 <br><br> **QUALITY'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby requests to substitute James Hester, McCarthy and Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101, telephone (619) 685-4800, as attorney of record in place and stead of Julie Molteni, Renee DeGolier, and Joshua Moyer, Corporate Counsel for Quality Loan Service Corporation.

///

///

1

REQUEST FOR SUBSTITUTION OF ATTORNEY

CA12-520

Dated: April 27, 2012

_____
Bounlet Louvan
Foreclosure Legal Liaison for
Defendant, Quality Loan Service
Corporation

Dated: April 27, 2012

_____
Julie O. Molteni
Corporate Counsel for Defendant,
Quality Loan Service Corporation

Dated: April 27, 2012

_____
James Hester
McCarthy and Holthus, LLP

IT IS SO ORDERED:

Dated: May 1, 2012

_____
United States District Court,
Northern District of California
Magistrate Judge Howard R. Lloyd

2
REQUEST FOR SUBSTITUTION OF ATTORNEY

CA12-520